# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO.

GABRIELA RIVAS, individually and
on behalf of all others similarly situated,                          **CLASS ACTION**

     Plaintiff,                          **JURY TRIAL DEMANDED**

v.

GROCERY DELIVERY E-SERVICES USA, INC.
dba HELLOFRESH,

     Defendant.
_____/

### CLASS ACTION COMPLAINT

     Plaintiff Gabriela Rivas brings this class action against Defendant Grocery Delivery E-Services USA, INC. dba HelloFresh, and alleges as follows upon personal knowledge as to Plaintiff and Plaintiff's own acts and experiences, and, as to all other matters, upon information and belief, including investigation conducted by Plaintiff's attorneys.

### NATURE OF THE ACTION

     1.     This is a putative class action pursuant to the Telephone Consumer Protection Act, 47 U.S.C. § 227, *et seq*. (the "TCPA"), and the Florida Telephone Solicitation Act ("FTSA"), Fla. Stat. § 501.059.

     2.     Defendant engages in unsolicited text message marketing, including to individuals who have registered their telephone numbers on the National Do-Not-Call Registry, to those who have not provided Defendant with their prior express written consent as required by the FTSA, as well as text messages consumers before the hours of 8 a.m. or after 9 p.m. in violation of the TCPA's do-not-call regulations.

1

3.      Defendant's unsolicited text message spam caused Plaintiff and the Class members harm, including violations of their statutory rights, trespass, annoyance, nuisance, invasion of their privacy, and intrusion upon seclusion. Defendant's text messages also occupied storage space on Plaintiff's and the Class members' telephones.

4.      Through this action, Plaintiff seeks an injunction, statutory damages, and/or actual liquidated damages on behalf of Plaintiff and the Class members, as defined below, and any other available legal or equitable remedies resulting from the unlawful actions of Defendant.

## PARTIES

5.      Plaintiff is, and at all times relevant hereto was, a citizen and resident of Broward County, Florida.

6.      Plaintiff is, and at all times relevant hereto was, an individual and a "called party" as defined by Fla. Stat. § 501.059(1)(a) in that Plaintiff was the regular user of cellular telephone number that received Defendant's telephonic sales calls.

7.      Defendant is, and at all times relevant hereto was, a Florida limited liability company and a "telephone solicitor" as defined by Fla. Stat. § 501.059(f).

## JURISDICTION AND VENUE

8.      This Court has federal question subject matter jurisdiction over Plaintiff's TCPA claims pursuant to 28 U.S.C. § 1331.

9.      This Court has supplemental jurisdiction over Plaintiff's FTSA claims pursuant to 28 U.S.C. § 1367.

10.      Defendant is subject to personal jurisdiction in Florida because this suit arises out of and relates to Defendant's contacts with this state.   Defendant initiated and directed telemarketing and/or advertising text messages into Florida. Specifically, Defendant initiated and

directed the transmission of unsolicited advertisement or telemarketing text messages to Plaintiff's cellular telephone number to sell goods, services or products in Florida.  Plaintiff's telephone number has an area code that specifically coincides with locations in Florida, and Plaintiff received such messages while residing in and physically present in Florida.

11.     Venue is proper in this District pursuant to 28 U.S.C. §§ 1391(b) and (c) because Defendant is deemed to reside in any judicial district in which it is subject to personal jurisdiction, and because a substantial part of the events or omissions giving rise to the claim occurred in this District.

### **FACTS**

12.     Commencing on or about November 2021, Defendant bombarded Plaintiff's cellular telephone with  text message advertisements regarding its goods and services to Plaintiff's cellular telephone, including the following:



42203 ›

Oct 15, 2021 at 5:32 PM

Ditch the grocery list & come back to HelloFresh with 16 FREE MEALS. Reply STOP to end txts.
https://txts.ly/i8xA1

Oct 15, 2021 at 11:33 PM

HelloFresh: It's Fall (Flash Sale) y'all. And that means 15 FREE MEALS! Get them before they're gone. Reply STOP to end txts.
https://txts.ly/mQMu2

Oct 18, 2021 at 3:17 PM

HelloFresh: Refuel your Fall - your deal just got even sweeter. Score 16 FREE MEALS NOW. Valid thru 10/19. Reply STOP to end

4

Text Message
Wed, Jul 6 at 2:14 PM

HelloFresh: Oh, hi! We've extended our sale... for one day only! Sign up now for $2.99/meal on your first box. Reply STOP to end txts.
https://txts.ly/Q0VhUd

Thu, Jul 14 at 2:44 PM

More mmmm for your $$. HelloFresh is up to 25% cheaper than grocery shopping - get your first box for $3.99/meal! Reply STOP to end txts.
https://txts.ly/5vTq1d

Sun, Jul 17 at 12:15 AM

HelloFresh: 2 Days = 1 HOT deal. Get your first box for only $2.99/MEAL. Click quick! Reply STOP to end txts.
https://txts.ly/wFKY9d

Tue, Jul 19 at 11:31 AM

HelloFresh: E-X-T-E-N-D-E-D. One more day to get your first box for only $2.99/MEAL! Reply STOP to end txts.
https://txts.ly/Dqme6d

Mon, Jul 25 at 4:34 PM

HelloFresh: Busy Monday? Try our 15-20 Min. Meals to get dinner done fast! Get your first box for $3.99/MEAL. Reply STOP to end txts.
https://txts.ly/b1mSae

Thu, Jul 28 at 5:34 PM

HelloFresh: You're invited to our exclusive Private Sale! Click to redeem 17 FREE MEALS across 8 boxes. Reply STOP to end txts.
https://txts.ly/EbCCne

Sat, Jul 30 at 12:16 PM

HelloFresh: Pssst... your Private Sale offer is here! Get 17 FREE MEALS across 8 boxes. Reply STOP to end txts.
https://txts.ly/vXl7ee

HelloFresh: Hey VIP! You've unlocked an UPGRADED OFFER 🎁 Don't miss out on your chance to save on tasty, farm-fresh recipes.

Reply STOP to end txts.
https://txts.ly/jg5Qhe

Wed, Aug 3 at 12:52 PM

HelloFresh: This is it. 18 free meals across 8 boxes ends TODAY! Don't miss your chance to save.

Reply STOP to end txts.
https://txts.ly/LJffie

Sun, Aug 7 at 5:34 PM

HelloFresh: Sunday Scaries? Sign up now & take meal prep off of the to-do list! Get your 1st box for $3.99/MEAL. Reply STOP to end txts.
https://txts.ly/7vutne

Sat, Aug 13 at 3:34 PM

HelloFresh: You've got EXCLUSIVE early access to our sale! Get 18 FREE MEALS across 8 boxes before anyone else. Reply STOP to end txts.
https://txts.ly/UoR5Ae

HelloFresh: 2 days. 1 UNREAL deal.

Sign up now to get a delicious variety of new recipes every week & easy, homemade meals with no drama. We can't wait either.

Reply STOP to end txts.
https://txts.ly/0d7wBe

Wed, Aug 17 at 2:05 PM

HelloFresh: Can you keep a secret? We're giving YOU one more day to get 18 FREE MEALS across 8 boxes! Click quick.
Reply STOP to end txts
https://txts.ly/mszoHe

Sat, Aug 20 at 1:14 PM

HelloFresh: Check dinner off of your to-dos for next week. Sign up now & get 16 free meals across 7 boxes!

Reply STOP to end txts.
https://txts.ly/ioiCKe

Wed, Aug 24 at 1:36 PM

HelloFresh: Make back to routine easier! Take grocery trip off of your to-dos & get 16 free meals across 7 boxes!.
Reply STOP to end txts
https://txts.ly/M8D7Ke

Sun, Aug 28 at 5:44 PM

HelloFresh: Hungry? Check out our seasonal ingredients & delicious summer meals. Get 16 FREE MEALS across 7 boxes! Reply STOP to end txts
https://txts.ly/JBx5Je

Tue, Aug 30 at 12:11 PM

HelloFresh: Our Labor Day Flash Sale is here, and you've got dibs! Tap now for 17 FREE MEALS across 8 boxes.

Reply STOP to end txts.
https://txts.ly/0V2MRe

Fri, Sep 2 at 12:55 PM

Enjoy the last blast of summer with HelloFresh's LABOR DAY FLASH SALE. Score 17 free meals across 8 boxes!

Reply STOP to end txts.
https://txts.ly/VKsSPe

Mon, Sep 5 at 1:05 PM

HelloFresh: Happy Labor Day! Celebrate with 17 FREE MEALS across 8 boxes + first box ships free.

Reply STOP to end txts.
https://txts.ly/evha0e

Tue, Sep 6 at 11:09 AM

HelloFresh: 18 FREE MEALS across 8 boxes?? Yes, you read that right! Our Labor Day Sale just got even better.

Reply STOP to end txts.
https://txts.ly/3KK5Ue

HelloFresh: Time's almost up 🙀 Our Labor Day Flash Sale ENDS TODAY. Don't miss out on 18 free meals across 8 boxes.

Reply STOP to end txts.
https://txts.ly/Jzbd0e

Fri, Sep 9 at 12:08 PM

HelloFresh: Too good to end – Labor Day Sale EXTENDED for one more day! Don't miss 18 FREE MEALS across 8 boxes.

Reply STOP to end txts.
https://txts.ly/js3M0e

HelloFresh: HOT! HOT! HOT!

If heat is your thing, these burgers are for you. Featuring tangy hot sauce & Frank's seasoning blended with ground beef, you'll get a burst of spicy flavor with every juicy bite.

Plus, a deal as smoldering as our burgers.... $3.99/ MEAL on your first box + first box ships free!

Reply STOP to end txts.
https://txts.ly/01qHaf

Fri, Sep 16 at 4:34 PM

HelloFresh: TGIF! Start celebrating the weekend with this amazing deal: get your 1st box for only $3.99/MEAL. Reply STOP to end txts.
https://txts.ly/FjyN8e

Mon, Sep 19 at 11:34 AM

Did you know: HelloFresh now has 35 weekly recipes! And you can try them all for only $3.99/MEAL on your 1st box. Reply STOP to end txts.
https://txts.ly/1Gqnaf

Good news: With 35 meal options, HelloFresh now has more recipes than ever, for every meal preference!

Great news: You can enjoy them all for less with this amazing offer.

Reply STOP to end txts.
https://txts.ly/QO1Zkf

Sat, Sep 24 at 1:35 PM

A great DILL: get your 1st box for only $2.99/MEAL + 1st box ships free during HelloFresh's Foodie Flash Sale!

Reply STOP to end txts.
https://txts.ly/FUvoqf

Today's HelloFresh fork-cast: sale ending s(p)oon ǁ Don't miss out on $2.99/MEAL on your first box + first box ships free!

Reply STOP to end txts.
https://txts.ly/KB3Qof

Tue, Sep 27 at 11:56 AM

HelloFresh: Soup-rise! Foodie Flash Sale extended through today. Lettuce celebrate w/ $2.99/MEAL on your 1st box. Reply STOP to end txts.
https://txts.ly/vkOrkf

Sat, Oct 1 at 5:34 PM

Avoid the weekend restaurant rush. HelloFresh is up to 70% cheaper. Get started with $3.99/MEAL on your 1st box.

Reply STOP to end txts.
https://txts.ly/lQ4dgf

HelloFresh: Rake in the savings with our Fall Flash Sale. Get started for only $3.49/MEAL on your 1st box!

Reply STOP to end txts.
https://txts.ly/4eIkGf

Sat, Oct 8 at 12:34 PM

HelloFresh: It's Fall (Flash Sale) y'all! Get your 1st box for only $3.49/MEAL + 1st box ships free.

Reply STOP to end txts.
https://txts.ly/doGiAf

Mon, Oct 10 at 11:06 AM

HelloFresh: Unbe-LEAF-able! Your Fall Flash Sale offer just got EVEN BETTER. Get your 1st box for $2.99/MEAL!

Reply STOP to end txts.
https://txts.ly/wNoMMf

HelloFresh: It's your last chance to rake in the savings with our Fall Flash Sale 🌿🍂 Enjoy fresh, seasonal recipes, for less. But hurry up—this sale ends today!

Save on fall flavors with $2.99/MEAL on your first box!

Reply STOP to end txts.
https://txts.ly/wOjeOf

Sun, Oct 16 at 5:34 PM

HelloFresh: Sunday Scaries? Sign up now & take meal prep off of the to-do list! Get your 1st box for $3.99/MEAL.

Reply STOP to end txts.
https://txts.ly/bTtVLf

Fri, Oct 21 at 12:34 PM

It's corn! HelloFresh's Sweet Corn & Green Pepper Chowder is on the menu. Try it for $3.99/MEAL on your 1st box.

Reply STOP to end txts.
https://txts.ly/VXfNSf

Sun, Oct 23 at 11:35 PM

HelloFresh: You've unlocked an exclusive text offer.

ONE-DAY ONLY SALE! Get your 1st box for just $2.99/MEAL.

Reply STOP to end txts.
https://txts.ly/gaR67f

Mon, Oct 24 at 1:35 PM

HelloFresh: FINAL HOURS! One-Day Sale is ending soon (so don't miss out). Get your 1st box for only $2.99/MEAL.

Reply STOP to end txts

9

Reply STOP to end txts.
https://txts.ly/bJT5Vf

Thu, Oct 27 at 12:34 PM

HelloFresh: BOO! Spooky Savings Sale starts now. Get this scary good deal: $3.49/MEAL on your 1st box.

Reply STOP to end txts.
https://txts.ly/8bh59f

HelloFresh: This EVEN BETTER offer is 🧟 Un-BOO-lievable 🧟. Get your 1st box for only $2.99/MEAL plus first box ships free + 3 surprise gifts!

Reply STOP to end txts.
https://txts.ly/0ixRgg

Mon, Oct 31 at 11:04 AM

HelloFresh: Happy Halloween! CREEP it real with this EERIE-sistible deal: $2.99/MEAL on your 1st box.

Reply STOP to end txts.
https://txts.ly/7vzc5f

Tue, Nov 1 at 11:33 AM

HelloFresh: Don't miss out on $2.99/MEAL on your 1st box. This wicked good deal ends today!

Reply STOP to end txts.
https://txts.ly/Rh3t7f

Fri, Nov 4 at 5:16 PM

HelloFresh: TGIF! Start celebrating the weekend with this incredible offer: $3.99/MEAL on your 1st box.

Reply STOP to end txts.
https://txts.ly/DSiUeg

Mon, Nov 7 at 3:04 PM

HelloFresh: Don't let Mondays get you down! Start your week off right with $3.99/MEAL on your 1st box.

Reply STOP to end txts.
https://txts.ly/MZdivg

HelloFresh: You've got bids on $3.49/MEAL on your 1st box + 1st box ships free!

Why wait until Black Friday to start saving when our Pre-Black Friday Sale starts now 😋

Reply STOP to end txts.
https://txts.ly/PLLCgg

Mon, Nov 14 at 1:03 PM

We're thankful for: $3.49/MEAL + Quick & Easy recipes to help you hack the holidays the HelloFresh way!

Reply STOP to end txts.
https://txts.ly/8tCEFg

Thu, Nov 17 at 11:45 AM

HelloFresh's Pre-Black Friday Sale just got even BETTER! Get $3.49/Meal + Free Shipping +3 SURPRISE GIFTS.

Reply STOP to end txts.
https://txts.ly/fW28Ag

Mon, Nov 21 at 11:33 AM

HelloFresh: $3.49/MEAL + FREE SHIPPING + 3 GIFTS

You're just 1 click away from an exclusive Black Friday deal.

Reply STOP to end txts.
https://txts.ly/Epa0Xg

Wed, Nov 23 at 4:34 PM

A-Maize-Ing savings. HelloFresh is up to 70% cheaper than dining out & 25% cheaper than takeout. Get $3.49/MEAL!

Reply STOP to end txts.
https://txts.ly/FCRXTg

HelloFresh: Green light 🚦 GO!

You've got exclusive early access to our Black Friday Sale. Now's your chance to score $2.99/MEAL + FREE SHIPPING + 3 SURPRISE GIFTS!

Grab our early bird deal on delicious recipes that save time on meal prepping and planning – because you deserve a break from the kitchen!

Reply STOP to end txts.
https://txts.ly/XURaTg

Fri, Nov 25 at 1:03 PM

HelloFresh: Happy Black Fri-YAYY! Celebrate with $2.99/MEAL + FREE SHIPPING + 3 SURPRISE GIFTS.

Reply STOP to end txts.
https://txts.ly/RGSmZg

Sun, Nov 27 at 1:14 PM

HelloFresh: Cyber Monday Sale is here & you've got exclusive first access. Score 70% OFF + FREE SHIPPING NOW!

Reply STOP to end txts.
https://txts.ly/Ju2v8g

Mon, Nov 28 at 11:33 AM

HelloFresh: Did you see this?!

--> CYBER MONDAY SALE <-- is going on now.

Reply STOP to end txts.
https://txts.ly/ibXQIh

HelloFresh: You're in luck! We extended our Cyber Monday Sale for ONE MORE DAY. Grab this deal before it's gone and enjoy:

- Recipes ready in ~30 minutes
- High-quality ingredients, delivered right to your door
- 35+ weekly options to choose from

Get started now with 70% OFF + FREE SHIPPING!

Reply STOP to end txts.
https://txts.ly/3x31jh

Sun, Dec 4 at 12:34 PM

HelloFresh: 1 unreal deal for 2 days only. Click quick for 21 FREE MEALS + FREE SHIPPING + 3 SURPRISE GIFTS!

Reply STOP to end txts.
https://txts.ly/SM01Eh

HelloFresh: The secret's out 🤫 sale extended for ONE DAY ONLY. Don't miss out on your chance to score 21 Free Meals + Free Shipping + 3 Surprise Gifts!

Reply STOP to end txts.
https://txts.ly/3fpSwh

Fri, Dec 9 at 5:33 PM

HelloFresh: TGIF! Start celebrating the weekend with this

HelloFresh: TGIF! Start celebrating the weekend with this amazing deal: 21 FREE MEALS + FREE SHIPPING.

Reply STOP to end txts.
https://txts.ly/tWd9Fh

HelloFresh: For ONE DAY ONLY... get 70% Off + Free Shipping + 3 Surprise Gifts during our Green Monday Sale!

Sign up now to start doing good for your tastebuds AND for the planet. At HelloFresh, we're dedicated to farm-fresh ingredients and making sure we're as friendly to the plant as it is to us.

💚 We offset 100% of our carbon emissions.

🌎 You reduce your food waste by 38% compared to grocery shopping.

♻️ Our streamlined supply chain reduces greenhouse gas emissions compared to grocery shopping.

Now's the perfect time to go green while saving green!

Reply STOP to end txts.
https://txts.ly/jiYQVh

Thu, Dec 15 at 11:34 AM

You're invited to our Private Sale @ HelloFresh. Click now to redeem your exclusive offer of 70% OFF!

Reply STOP to end txts.
https://txts.ly/elwy7h

Psssst... The HelloFresh Private Sale is on and you're a VIP.

Now's your chance to score exclusive savings on chef-curated meals packed with fresh ingredients delivered right to your door.

Get 70% Off + Free Shipping + 3 Surprise Gifts!

Reply STOP to end txts.
https://txts.ly/TWYvYh

Mon, Dec 19 at 12:03 PM

HelloFresh: Don't miss out on 70% OFF + FREE SHIPPING + 3 SURPRISE GIFTS. This is it. Private Sale ends tonight!

Reply STOP to end txts.
https://txts.ly/UwCrdi

Tue, Dec 20 at 11:44 AM

HelloFresh: Ok, ok... one more day for 70% OFF! Private Sale EXTENDED. Don't miss out.

Reply STOP to end txts.
https://txts.ly/hMg45h

Thu, Dec 22 at 5:33 PM

HelloFresh: It's Friday eve... Celebrate w/ 21 FREE MEALS & take grocery shopping off of your weekend to-dos!

Reply STOP to end txts.
https://txts.ly/40UXmi

HelloFresh: Unbox this exclusive offer: 75% OFF + FREE SHIPPING + 3 SURPRISE GIFTS 📦

Boxing Day comes once a year...but with HelloFresh, it's UN-Boxing Day all year round! Everything you need is in the box, so you can focus on having fun and cooking up a storm.

But hurry, this Flash Sale ends tomorrow!

Reply STOP to end txts.
https://txts.ly/vlU7gi

Tue, Dec 27 at 11:34 AM

HelloFresh: (Un)Boxing Day Flash Sale ends today!

Last chance to unbox 75% OFF + FREE SHIPPING + 3 GIFTS.

Reply STOP to end txts.
https://txts.ly/D9zsji

14

Sat, Dec 31 at 4:43 PM

HelloFresh: Goodbye 2022, Hello New Year Flash Sale. Start the celebration early with 22 FREE MEALS!

Reply STOP to end txts.
https://txts.ly/TC8yqi

HelloFresh: 🎉✨🎊🍾🥳🥂🎉✨🎊🍾🥳🥂✨

Light the sparklers & cue the confetti because we're giving you 22 FREE MEALS + FREE SHIPPING + 3 SURPRISE GIFTS!

Reply STOP to end txts.

https://txts.ly/DZzsti

Tue, Jan 3 at 11:43 AM

HelloFresh: Get 22 Free Meals and save $$$ with our BEST OFFER EVER (but hurry, New Year Sale ends tomorrow)!

Reply STOP to end txts.
https://txts.ly/SiCwHi

Thu, Jan 5 at 12:05 PM

HelloFresh: ok, ok... one more day. New Year Sale EXTENDED!

Now's your chance to start off 2023 with chef-curated meals delivered right to your front door.

With 35+ recipes and 70+ convenience items every week, every meal will be a celebration 🥂.

Get started now with 22 FREE MEALS + FREE SHIPPING + 3 SURPRISE GIFTS!

Reply STOP to end txts.
https://txts.ly/EYt2Hi

15

Sun, Jan 8 at 12:35 PM

HelloFresh: Did someone say FREE?! Get 25 FREE meals + FREE shipping + 3 FREE gifts! Hurry, sale ends tomorrow.

Reply STOP to end txts.
https://txts.ly/ZuLGEi

Mon, Jan 9 at 11:44 AM

HelloFresh: Getting 25 FREE MEALS is as easy as 1,2, FREE!

But click quick, sale ends today.

Reply STOP to end txts.
https://txts.ly/10bmEi

Thu, Jan 12 at 11:47 AM

Options! Options! HelloFresh has options like: carb-smart, vegan & Mediterranean. Try them all w/ 25 FREE EMALS!

Reply STOP to end txts.
https://txts.ly/SlMLWi

Sat, Jan 14 at 12:04 PM

HelloFresh: Fresh. Fit. Flash. SALE! Step out of your comfort (food) zone w/ 70% OFF + FREE SHIPPING + 3 GIFTS.

Reply STOP to end txts.
https://txts.ly/ggUP2i

Sun, Jan 15 at 1:13 PM

HelloFresh: It's your chance to savor fit flavors, vital veggies & 70% OFF during our Fresh Fit Flash Sale!

Reply STOP to end txts.
https://txts.ly/nQfeQi

Mon, Jan 16 at 6:33 PM

HelloFresh: RUN, dont walk. You've got exclusive early access to our even BETTER OFFER.

Now get 75% OFF. GO!

Reply STOP to end txts.
https://txts.ly/x5uyUi

time-saving recipes, featuring:

🥬 Crisp, just-picked veggies

🍗 Lean, filling proteins

🥗 Colorfully balanced plates

So save the hard work for your other goals this year, and feel fresh and fit in a flash!

Get 75% OFF + FREE SHIPPING + 3 SURPRISE GIFTS!

Reply STOP to end txts.
https://txts.ly/hO3eYi

Thu, Jan 19 at 12:13 PM

HelloFresh: 75% OFF has been E-X-T-E-N-D-E-D. You have one more day to save during our Fresh Fit Flash Sale!

Reply STOP to end txts.
https://txts.ly/fNq40i

Sun, Jan 22 at 5:03 PM

HelloFresh: Get delish recipes delivered to your door w/ 25 free meals. Permission to stay in your pjs, granted!

Reply STOP to end txts.
https://txts.ly/qc4mgj

HelloFresh: 70% OFF?? Yes, you read that right! For 2 days only, get exclusive access to our sale - just for our text subscribers.

Don't wait! Sign up now for 70% OFF + FREE SHIPPING + 3 SURPRISE GIFTS.

Reply STOP to end txts.
https://txts.ly/WxnLjj

Hellofresh: Going...going... 70% OFF is almost gone. Act fast before this exclusive flash sale is over. Sign up now to enjoy America's #1 Meal Kit!

Reply STOP to end txts.
https://txts.ly/8Ma4oj

Sun, Jan 29 at 12:34 PM

HelloFresh: It's simple with our Super Savings Sale. Save time and $$$ with 70% OFF!

Reply STOP to end txts.
https://txts.ly/esG0uj

Mon, Jan 30 at 12:08 PM

HelloFresh: Get more MMM for your money during our SUPER SAVINGS SALE (hurry, sale ends today). Get 70% OFF NOW!

Reply STOP to end txts.
https://txts.ly/BE9olj

Tue, Jan 31 at 11:14 AM

HelloFresh: 70% OFF EXTENDED! Get the best for less during our Super Savings Sale. Hurry, final hours!

Reply STOP to end txts.
https://txts.ly/i8inyj

Fri, Feb 3 at 5:53 PM

HelloFresh: Delicious. Drama-free. Done. It's as easy as that! Get started now w/ 18 FREE MEALS

that: Get started now w/ 10 FREE MEALS.

Reply STOP to end txts.
https://txts.ly/7o4Exj

Sun, Feb 5 at 12:04 PM

HelloFresh: Let's break it down:

- Text-Exclusive Sale
- Today Only
- 21 FREE MEALS

Don't wait! Sign up now.

Reply STOP to end txts.
https://txts.ly/hxmzzj

Wed, Feb 8 at 12:05 PM

On the HelloFresh menu: BRAND NEW February recipes to
cozy up with. Try them with 18 FREE MEALS + FREE
SHIPPING.

Reply STOP to end txts.
https://txts.ly/ZqvFlj

Fri, Feb 10 at 11:34 AM

HelloFresh has stress-free savings on feel good meals!
Choose from 40 weekly recipes with 18 FREE MEALS.

Reply STOP to end txts.
https://txts.ly/2eKkWj

Sun, Feb 12 at 1:04 PM

HelloFresh: You + this V-Day Sale is mint to be! Tap now for
21 FREE MEALS and make dinnertime even butter.

Reply STOP to end txts.
https://txts.ly/Y0XZ1j

HelloFresh: Hey Valentine, you're a gouda one! So we're
giving you a berry good deal during our Valentine's Day
Sale 💜 But hurry, sale ENDS TODAY!

Get 21 FREE MEALS + FREE SHIPPING + 3 SURPRISE GIFTS.

So, will you take a shot at love at first bite? Tap now to brie
mine!

Reply STOP to end txts.
https://txts.ly/YeKF6j

Fri, Feb 17 at 11:34 AM

HelloFresh: Get salute-worthy savings during our
Presidents' Day Sale. Tap now for 21 FREE MEALS + FREE
SHIPPING!

Reply STOP to end txts
https://txts.ly/lo85dk

Mon, Feb 20 at 1:06 PM

HelloFresh: Happy Presidents' Day!

Become the commander in chef with 21 FREE MEALS +

Become the commander in chef with 21 FREE MEALS +
FREE SHIPPING + 3 GIFTS.

Reply STOP to end txts.
https://txts.ly/KlD1ok

HelloFresh: 🇺🇸 22 FREE MEALS 🇺🇸

Our sort-of-secret service: we're giving you EXCLUSIVE
early access to our EVEN BETTER OFFER!

Sign up now to get this incredible deal on America's #1 Meal
Kit during our Presidents' Day Flash Sale.

Reply STOP to end txts.
https://txts.ly/2OhOqk

Thu, Feb 23 at 11:34 AM

HelloFresh: No time like the Pres(id)ent: get 22 FREE
MEALS! Presidents' Day Sale ends today (don't miss out!).

Reply STOP to end txts.
https://txts.ly/P1Rdkk

EXTENDED: One more day for this deal of presidential proportions. Get 22 free meals + free shipping & 3 surprise gifts when you sign up for HelloFresh!

Reply STOP to end txts.
https://txts.ly/5nlonk

Sun, Feb 26 at 5:34 PM

HelloFresh: Dinnertime in half the time! Try our Quick & Easy recipes now with 16 FREE MEALS across 9 boxes.

Reply STOP to end txts.
https://txts.ly/hmW9sk

HelloFresh: 18 free meals?? Yes, you read that right! For ONE DAY ONLY, get exclusive access to our sale - just for our text subscribers.

Don't wait! Sign up now for 18 FREE MEALS ACROSS 9 BOXES, FIRST BOX SHIPS FREE + 3 SURPRISE GIFTS.

Reply STOP to end txts.
https://txts.ly/LWoewk

Sat, Mar 4 at 12:04 PM

Renew your resolutions with HelloFresh & make 2023 your year! Tap now to get 16 FREE MEALS across 9 boxes.

Reply STOP to end txts.

https://txts.ly/2bNASk

Sun, Mar 5 at 5:35 PM

HelloFresh: Sunday Scaries? Sign up now & take meal prep off of the to-do list! Get 16 FREE MEALS across 9 boxes.

Reply STOP to end txts
https://txts.ly/gTM3Sk

HelloFresh: Spring schedules can get hectic. But our flexible plans make it easy to:

- Skip a week when you need to
- Update your delivery address
- Add or remove meals
- Change your recipe preferences
- Swap sides and proteins

So go ahead—fill up your calendar, and we'll fill up your plate!

Get 16 free meals across 9 boxes + first box ships free + 3 surprise gifts.

Reply STOP to end txts.
https://txts.ly/f1eBOk

HelloFresh: You're on the clock! Our Daylight Savings Flash Sale is here for 3 DAYS ONLY ☀️ Don't miss your chance to score big savings while the sun's still shining.

Get 18 FREE MEALS across 9 boxes + first box ships free + 3 surprise gifts to spring into delicious recipes this season.

Reply STOP to end txts.
https://txts.ly/FRE0Qk

Sat, Mar 11 at 11:44 AM

Rise & shine! It's your last chance to get 18 FREE MEALS across 9 boxes during HelloFresh's Daylight Savings Sale. Reply STOP to end txts
https://txts.ly/6aoN6k

Sun, Mar 12 at 12:44 PM

Extra daylight = 1 extra day to save! Get 18 FREE MEALS across 9 boxes during HelloFresh's Daylight Savings Sale.

Reply STOP to end txts
https://txts.ly/9vnk0k

HelloFresh: $3.14/Meal Plus Free Shipping + 3 Surprise Gifts 🥧 Our Exclusive Pi Day Sale is here for ONE DAY ONLY! Claim this sweet treat now.

Reply STOP to end txts.
https://txts.ly/aflqdl

Fri, Mar 17 at 11:35 AM

You're in luck! HelloFresh's St. Patrick's Day Sale starts now w/ 18 free meals across 9 boxes.

Reply STOP to end txts.
https://txts.ly/adf8il

This sale is at the end of its rainbow 🌈 

18 FREE MEALS across 9 boxes + first box ships free + 3 surprise gifts during HelloFresh's 🍀 St. Patrick's Day Sale 🍀 ENDS TODAY. Don't miss out on your chance to score this pot o' gold!

Reply STOP to end txts.
https://txts.ly/zxClfl

Sun, Mar 19 at 1:05 PM

It ain't over till it's clover (St. Patrick's Day SALE EXTENDED one more day). Get 18 FREE MEALS across 9 boxes!

Reply STOP to end txts.
https://txts.ly/5SFSfl

Tue, Mar 21 at 11:04 AM

HelloFresh: Swing into Spring! Start off the season fresh with 16 FREE MEALS across 9 boxes.

Reply STOP to end txts.
https://txts.ly/2Nqtxl

Thu, Mar 23 at 11:33 AM

FRIENDS & FAMILY SALE @ HELLOFRESH STARTS NOW. Tap now for 18 free meals across 9 boxes + first box ships free!

Reply STOP to end txts.
https://txts.ly/XpwHrl

Sat, Mar 25 at 5:35 PM

1 new msg: get 18 FREE MEALS across 9 boxes + first box ships free during HelloFresh's Friends & Family Sale!

Reply STOP to end txts.
https://txts.ly/rSqawl

HelloFresh: Tell your Friends & Family (SALE)! Get 18 FREE MEALS across 9 boxes when you tap now!

Reply STOP to end txts.
https://txts.ly/MA9NJl

HelloFresh Friends & Family Sale: Good news, we have an EVEN BETTER offer for you 😋 Sign up today to grab exclusive savings on delicious recipes for the whole family!

Don't miss out on 21 free meals across 9 boxes + first box ships free + 3 surprise gifts.

Reply STOP to end txts.

https://txts.ly/DitJEl

Wed, Mar 29 at 1:34 PM

HelloFresh: GET 21 FREE MEALS across 9 boxes! But hurry - this sale is too good to last (just like our meals!).

Reply STOP to end txts.
https://txts.ly/Y1XBTl

Thu, Mar 30 at 12:34 PM

Too good to end: HelloFresh's Friends & Family Sale EXTENDED 1 more day! Don't miss 21 FREE MEALS across 9 boxes.

Reply STOP to end txts
https://txts.ly/haF0Jl

Sun, Apr 2 at 6:15 PM

Get dinner done in half the time! Try HelloFresh's Quick & Easy recipes with 16 FREE MEALS across 9 boxes.

Reply STOP to end txts.
https://txts.ly/3Wt0Ql

Tue, Apr 4 at 1:05 PM

HelloFresh: What pairs perfectly w/ a spring day? Our farm-fresh ingredients, plus 16 FREE MEALS across 9 boxes!

Reply STOP to end txts.
https://txts.ly/0ELt5l

Thu, Apr 6 at 12:14 PM

HelloFresh: Spring has sprung (a NEW Flash Sale)! Get 18 FREE MEALS across 9 boxes + first box ships free!

Reply STOP to end txts.
https://txts.ly/jxzRZl

Sat, Apr 8 at 5:34 PM

HelloFresh: 18 free meals + free shipping + 3 surprise gifts! This Spring Flash Sale is sprouting SAVINGS.

Reply STOP to end txts.
https://txts.ly/0X6yfm

Mon, Apr 10 at 11:35 AM

HelloFresh: Spring showers bring EVEN MORE savings! Get 21 FREE MEALS during our Spring Flash Sale.

Reply STOP to end txts.
https://txts.ly/3ajV8l

HelloFresh: It's your last chance to cash in on our Spring Flash Sale 🌸 Enjoy 40 weekly recipes with new options added each week so you'll never get bored.

Get 21 FREE MEALS PLUS FREE SHIPPING + 3 SURPRISE GIFTS!

Reply STOP to end txts.
https://txts.ly/KpD9nm

Fri, Apr 14 at 6:35 PM

Time to put down the delivery menu and dig into delicious HelloFresh recipes. Tap now for 16 FREE MEALS!

Reply STOP to end txts.
https://txts.ly/gQmuvm

HelloFresh: Our April Burger of the Month is bringing the gouda vibes 👌

Treat your tastebuds to flavor harmony with gooey gouda cheese, juicy beef patties, savory sautéed mushrooms, and zingy creamy horseradish sauce.

Try it now with 16 FREE MEALS + FREE SHIPPING + 3 SURPRISE GIFTS!

Reply STOP to end txts.
https://txts.ly/cF3wvm

HelloFresh: 18 free meals?? Yes, you read that right! For TWO DAYS ONLY, get exclusive access to our sale - just for

our text subscribers.

Don't wait! Sign up now with 18 FREE MEALS PLUS FREE SHIPPING + 3 SURPRISE GIFTS to enjoy America's #1 Meal Kit!

Reply STOP to end txts.
https://txts.ly/lvTEgm

Thu, Apr 20 at 12:35 PM

HelloFresh: Going...going... 18 FREE MEALS is almost gone. Act fast before this exclusive flash sale is over!

Reply STOP to end txts.
https://txts.ly/Dd1swm

HelloFresh: We love the earth 🌎 We're dedicated to farm-fresh ingredients and making sure we're as friendly to the plant as it is to us.

Did you know: 100% of our delivery emissions are offset to your door ♻️

Go green, save green, eat green with 18 FREE MEALS PLUS FREE SHIPPING + 3 SURPRISE GIFTS!

Reply STOP to end txts.
https://txts.ly/h5Syzm

Sun, Apr 23 at 4:33 PM

HelloFresh: It's National Picnic Day! Click to get a basket full of savings & make dinner outside easy as pie.

Reply STOP to end txts.
https://txts.ly/XOZUCm

Wed, Apr 26 at 5:34 PM

Spring cleaning is simple w/ HelloFresh's pre-portioned ingredients. Say bye to fridge clutter w/ 16 FREE MEALS!

Reply STOP to end txts.
https://txts.ly/vMDjJm

Fri, Apr 28 at 12:35 PM

Make it rain... with SAVINGS! Score 17 free meals + free shipping during HelloFresh's April Showers Sale.

Reply STOP to end txts.
https://txts.ly/LNFQPm

HelloFresh: Say goodbye to rainy-day takeout — and hello to an EVEN SUNNIER deal!

Try America's #1 Meal Kit and get the ultimate meal deal, including:
💧 Fresh, wholesome & seasonal ingredients
💧 40 weekly recipes
💧 Pre-portioned ingredients delivered to your door

Get 18 FREE MEALS + FREE SHIPPING + 3 SURPRISE GIFTS.

Reply STOP to end txts.
https://txts.ly/wTzx7m

Tue, May 2 at 1:34 PM

Fork-cast says: HelloFresh's April Showers Sale ends today! Don't let 18 FREE MEALS slip away.

Reply STOP to end txts.
https://txts.ly/Wy2qan

26



13.     As demonstrated by the above screenshot, the purpose of Defendant's text messages was to solicit the sale of consumer goods and/or services.

14.     The messages also advertise and call attention to Defendant's products and related services.

15.     As demonstrated by the above screenshots, Plaintiff received messages in violation of the TCPA's time restriction regulations on the following dates and times: (1) Sunday, October 23, 2022 at 11:35pm; (2) Sunday, July 17, 2022 at 12:15 am; (3) Sunday, November 29, 2021 at 9:04pm; and (4) Friday, October 15, 2021 at 11:33pm.

16.     Plaintiff is the regular user of the telephone number that received the above telephonic sales calls.

17.     Plaintiff utilizes her cellular telephone number for personal purposes and the number is Plaintiff's residential telephone line.  In other words, Plaintiff's cellular telephone is Plaintiff's home telephone number and Plaintiff makes and receives personal calls on her cellular

telephone. Moreover, Plaintiff's cellular telephone is the primary means of reaching Plaintiff at his residence.

18.     Plaintiff registered her cellular telephone number on the National Do-Not-Call Registry and the number was listed on the registry for over 30 days prior to Defendant's first text message solicitation.

19.     Plaintiff was in Florida when Plaintiff received the above text message calls, and Defendant's violative conduct occurred in substantial part in Florida.

20.     Upon information and belief, Defendant maintains and/or has access to outbound transmission reports for all text messages sent advertising/promoting its services and goods. These reports show the dates, times, target telephone numbers, and content of each message sent to Plaintiff and the Class members.

21.     To send the text messages, Defendant used a messaging platform (the "Platform"), which permitted Defendant to transmit blasts of text messages automatically and without any human involvement. The Platform automatically made a series of calls to Plaintiff's and the Class members' stored telephone numbers with no human involvement after the series of calls were initiated utilizing the Platform. Defendant's use of lengthy generic text messages (depicted above) further demonstrates that Defendant utilizes automated dialing systems to mass transmit solicitation texts to consumers.

22.     Moreover, the telephone number utilized by Defendant to send the messages (42203) is known as a short-code. Text messages utilizing a short-code can only be sent utilizing automated computer equipment and not a traditional telephone.

23.     Defendant was not required to and did not need to utilize the Platform to send messages to Plaintiff and the Class members. Instead, Defendant opted to use the Platform to maximize the reach of its text message advertisements at a nominal cost to Defendant.

24.     Defendant would be able to conduct its business operations without sending automated text messages to consumers.

25.     Defendant would be able to send automated text messages to consumers, and in compliance with the FTSA, by securing the proper consent from consumers prior to sending text messages.

26.     Defendant would be able to send text messages to consumers without consent by utilizing a non-automated text messaging system.

27.     Accordingly, it is not impossible for Defendant to comply with the FTSA in the context of transmitting text messages.

28.     The burden and cost to Defendant of securing consent from consumers that complies with the FTSA is nominal.

29.     Compliance with the FTSA will not result in Defendant having to cease its business operations.

30.     Compliance with the FTSA will not result in Defendant having the alter the prices of any goods or services it provides in the marketplace.

31.     Compliance with the FTSA will not force Defendant to seek regulatory approval from the State of Florida before undertaking any type of commercial transaction.

32.     Because a substantial part of Defendant's FTSA violations occurred in Florida, requiring Defendant's compliance with the FTSA will not have the practical effect of regulating commerce occurring wholly outside of Florida.

33.     The Platform has the capacity to select and dial numbers automatically from a list of numbers, which was in fact utilized by Defendant.

34.     The Platform has the capacity to schedule the time and date for future transmission of text messages, which was in fact utilized by Defendant.

35.     The Platform also has an auto-reply function that results in the automatic transmission of text messages.

36.     Plaintiff never provided Defendant with express written consent authorizing Defendant to transmit telephonic sales calls to Plaintiff's cellular telephone number utilizing an automated system for the selection and dialing of telephone numbers.

37.     More specifically, Plaintiff never signed any type of authorization permitting or allowing the placement of a telephonic sales call by text message using an automated system for the selection and dialing of telephone numbers.

38.     Since July 1, 2021, on information and belief, Defendant sent at least 50 text message solicitations to as many consumers in Florida.

39.     Defendant's unsolicited text message spam caused Plaintiff and the Class members harm, including violations of their statutory rights, trespass, annoyance, nuisance, invasion of their privacy, and intrusion upon seclusion. Defendant's text messages also occupied storage space on Plaintiff's and the Class members' telephones.

## CLASS ALLEGATIONS

### PROPOSED CLASSES

40.     Plaintiff brings this lawsuit as a class action on behalf of Plaintiff individually and on behalf of all other similarly situated persons as a class action pursuant to Florida Rule of Civil Procedure 1.220(b)(2) and (b)(3). The Classes that Plaintiff seeks to represent are defined as:

**DNC Class**: All persons in the United States who from four years prior to the filing of this action through the date of class certification (1) Defendant, or anyone on Defendant's behalf, (2) placed more than one text message call within any 12-month period; (3) where the person's telephone number that had been listed on the National Do Not Call Registry for at least thirty days; (4) regarding Defendant's property, goods, and/or services; (5) who did not purchase or transact business with Defendant during the eighteen months immediately preceding the date of the first message; and (6) who did not contact Defendant during the three months immediately preceding the date of the first message with an inquiry about a product, good, or service offered by Defendant.

**FTSA Class**: All persons in Florida who, (1) were sent a more than one text message regarding Defendant's property, goods, and/or services, (2) using the same equipment or type of equipment utilized to call Plaintiff, (3) from July 1, 2021 through the date of class certification.

**Time Restriction Class**: All persons in the United States who during the four years prior to the filing of this action through the date of class certification (1) received more than one text message within any 12-month period; (2) on their residential telephone; (3) regarding Defendant's property, goods, and/or services; (3) before the hours of 8 a.m. or after 9 p.m. (local time at the called party's location).

41.    Defendant and its employees or agents are excluded from the Class.

**NUMEROSITY**

42.    Upon information and belief, Defendant has placed telephonic sales calls to telephone numbers belonging to at least 50 persons. The members of the Class, therefore, are believed to be so numerous that joinder of all members is impracticable.

43.    The exact number and identities of the Class members are unknown at this time and can be ascertained only through discovery. Identification of the Class members is a matter capable of ministerial determination from Defendant's call records.

## COMMON QUESTIONS OF LAW AND FACT

44.   There are numerous questions of law and fact common to the Classes which predominate over any questions affecting only individual members of the Classes. Among the questions of law and fact common to the Class are:

(a)  Whether Defendant initiated telephonic sales calls to Plaintiff and the Class members;

(b)  Whether Defendant can meet its burden of showing that it had prior express written consent to make such calls;

(c)  Whether Defendant placed solicitations to individuals who registered their telephone numbers on the National Do-Not-Call Registry; and

(d)  Whether Defendant is liable for damages, and the amount of such damages.

45.   The common questions in this case are capable of having common answers.  If Plaintiff's claim that Defendant routinely transmits telephonic sales calls without prior express written consent is accurate, Plaintiff and the Class members will have identical claims capable of being efficiently adjudicated and administered in this case.

## TYPICALITY

46.   Plaintiff's claims are typical of the claims of the Class members, as they are all based on the same factual and legal theories.

## PROTECTING THE INTERESTS OF THE CLASS MEMBERS

47.   Plaintiff is a representative who will fully and adequately assert and protect the interests of the Class and has retained competent counsel. Accordingly, Plaintiff is an adequate representative and will fairly and adequately protect the interests of the Class.

**S**UPERIORITY

48.     A class action is superior to all other available methods for the fair and efficient adjudication of this lawsuit because individual litigation of the claims of all members of the Class is economically unfeasible and procedurally impracticable. While the aggregate damages sustained by the Class are in the millions of dollars, the individual damages incurred by each member of the Class resulting from Defendant's wrongful conduct are too small to warrant the expense of individual lawsuits. The likelihood of individual Class members prosecuting their own separate claims is remote, and, even if every member of the Class could afford individual litigation, the court system would be unduly burdened by individual litigation of such cases.

49.     The prosecution of separate actions by members of the Class would create a risk of establishing inconsistent rulings and/or incompatible standards of conduct for Defendant. For example, one court might enjoin Defendant from performing the challenged acts, whereas another may not. Additionally, individual actions may be dispositive of the interests of the Class, although certain class members are not parties to such actions.

**COUNT I**
**VIOLATIONS OF 47 U.S.C. § 227(c) AND 64.1200(c)**
**(On Behalf of Plaintiff and the DNC Class)**

50.     Plaintiff re-alleges and incorporates the allegations set forth in paragraphs 1 through 49 as if fully set forth herein.

51.     The TCPA's implementing regulation, 47 C.F.R. § 64.1200(c), provides in pertinent part that "[n]o person or entity shall initiate any telephone solicitation" to "[a] residential telephone subscriber who has registered his or her telephone number on the national do-not-call registry of persons who do not wish to receive telephone solicitations that is maintained by the federal government."

52.     Per 47 C.F.R. § 64.1200(e), § 64.1200(c) is "applicable to any person or entity making telephone solicitations or telemarketing calls to wireless telephone numbers."

53.     Any "person who has received more than one telephone call within any 12-month period by or on behalf of the same entity in violation of the regulations prescribed under this subsection may" may bring a private action based on a violation of said regulations, which were promulgated to protect telephone subscribers' privacy rights to avoid receiving telephone solicitations to which they object. 47 U.S.C. § 227(c).

54.     Defendant violated 47 C.F.R. § 64.1200(c) by initiating telephone solicitations to telephone subscribers such as Plaintiff and the DNC Class members who registered their respective telephone numbers on the National Do Not Call Registry, a listing of persons who do not wish to receive telephone solicitations that is maintained by the federal government.

55.     Defendant violated 47 U.S.C. § 227(c)(5) because Plaintiff and DNC Class members received more than one text message in a 12-month period from Defendant in violation of 47 C.F.R. § 64.1200.

56.     As a result of Defendant's conduct as alleged herein, Plaintiff and the DNC Class members suffered actual damages and, under section 47 U.S.C. § 227(c), are entitled receive up to $500 in damages for such violations of 47 C.F.R. § 64.1200. To the extent Defendant's misconduct is determined to be willful and knowing, the Court should, pursuant to 47 U.S.C. § 227(c)(5), treble the amount of statutory damages recoverable by the members of the DNC Class.

**COUNT II**
**VIOLATION OF FLA. STAT. § 501.059**
**(On Behalf of Plaintiff and the FTSA Class)**

57.     Plaintiff re-alleges and incorporates the allegations set forth in paragraphs 1 through 49 as if fully set forth herein.

58.     It is a violation of the FTSA to "make or knowingly allow a telephonic sales call to be made if such call involves an automated system for the selection or dialing of telephone numbers or the playing of a recorded message when a connection is completed to a number called without the prior express written consent of the called party."  Fla. Stat. § 501.059(8)(a).

59.     A "telephonic sales call" is defined as a "telephone call, text message, or voicemail transmission to a consumer for the purpose of soliciting a sale of any consumer goods or services, soliciting an extension of credit for consumer goods or services, or obtaining information that will or may be used for the direct solicitation of a sale of consumer goods or services or an extension of credit for such purposes."  Fla. Stat. § 501.059(1)(i).

60.     "Prior express written consent" means an agreement in writing that:

1.  Bears the signature of the called party;

2.  Clearly authorizes the person making or allowing the placement of a telephonic sales call by telephone call, text message, or voicemail transmission to deliver or cause to be delivered to the called party a telephonic sales call using an automated system for the selection or dialing of telephone numbers, the playing of a recorded message when a connection is completed to a number called, or the transmission of a prerecorded voicemail;

3.  Includes the telephone number to which the signatory authorizes a telephonic sales call to be delivered; and

4.  Includes a clear and conspicuous disclosure informing the called party that:

    a.  By executing the agreement, the called party authorizes the person making or allowing the placement of a telephonic sales call to deliver or cause to be delivered a telephonic sales call to the called party using an automated system for the selection or dialing of telephone numbers or the playing of a recorded message when a connection is completed to a number called; and

    b.  He or she is not required to directly or indirectly sign the written agreement or to agree to enter into such an agreement as a condition of purchasing any property, goods, or services. Fla. Stat. § 501.059(1)(g).

61.     Defendant failed to secure prior express written consent from Plaintiff and the Class members.

62.     In violation of the FTSA, Defendant made and/or knowingly allowed telephonic sales calls to be made to Plaintiff and the Class members without Plaintiff's and the Class members' prior express written consent.

63.     Defendant made and/or knowingly allowed the telephonic sales calls to Plaintiff and the Class members to be made utilizing an automated system for the selection and dialing of telephone numbers.

64.     As a result of Defendant's conduct, and pursuant to § 501.059(10)(a) of the FTSA, Plaintiff and Class members were harmed and are each entitled to a minimum of $500.00 in damages for each violation.  Plaintiff and the Class members are also entitled to an injunction against future calls. *Id*.

65.     Plaintiff requests for this Court to enter an Order granting the relief outlined in the Prayer for Relief below.

**COUNT III**
**47 U.S.C. § 227(c) AND 64.1200(c)**
**(On Behalf of Plaintiff and the Time Restriction Class)**

66.     Plaintiff re-alleges and incorporates the allegations set forth in paragraphs 1 through 49 as if fully set forth herein.

67.     The TCPA's implementing regulation, 47 C.F.R. § 64.1200(c), provides in pertinent part that "[n]o person or entity shall initiate any telephone solicitation" to "[a]ny residential telephone subscriber before the hour of 8 a.m. or after 9 p.m. (local time at the called party's location.)" 47 C.F.R. § 64.1200(c)(1).

68.     Per 47 C.F.R. § 64.1200(e), § 64.1200(c) is "applicable to any person or entity making telephone solicitations or telemarketing calls to wireless telephone numbers."

69.     Any "person who has received more than one telephone call within any 12-month period by or on behalf of the same entity in violation of the regulations prescribed under this subsection may" may bring a private action based on a violation of said regulations, which were promulgated to protect telephone subscribers' privacy rights to avoid receiving telephone solicitations to which they object. 47 U.S.C. § 227(c).

70.     Defendant violated 47 C.F.R. § 64.1200(c) by initiating telephone solicitations to telephone subscribers such as Plaintiff and the Class members before the hour of 8 a.m. or after 9 p.m. (local time at the called party's location).

71.     Defendant violated 47 U.S.C. § 227(c)(5) because Plaintiff and Class members received more than one text message in a 12-month period from Defendant in violation of 47 C.F.R. § 64.1200.

Plaintiff requests for this Court to enter an Order granting the relief outlined in the Prayer for Relief below

## **PRAYER FOR RELIEF**

**WHEREFORE**, Plaintiff, individually and on behalf of the Class, prays for the following relief:

  a) An order certifying this case as a class action on behalf of the Classes as defined above, and appointing Plaintiff as the representative of the Classes and Plaintiff's counsel as Class Counsel;

  b) An award of statutory damages and/or actual liquidated damages for Plaintiff and each member of the Classes as applicable under the FTSA and/or TCPA;

c) An order declaring that Defendant's actions, as set out above, violate the FTSA and TCPA;

d) An injunction requiring Defendant to cease all telephonic sales calls made without express written consent, and to otherwise protect the interests of the Class;

e) An injunction requiring Defendant to comply with 47 C.F.R. § 64.1200(d) by (1) maintaining the required written policies; (2) providing training to their personnel engaged in telemarketing; and (3) maintaining a do-not-call list

f) Such further and other relief as the Court deems necessary.

## JURY DEMAND

Plaintiff, individually and on behalf of the Class, hereby demand a trial by jury.

DATED: May 15, 2023

Respectfully submitted,

**HIRALDO P.A.**

*/s/ Manuel S. Hiraldo*
Manuel S. Hiraldo, Esq.
Florida Bar No. 030380
401 E. Las Olas Boulevard
Suite 1400
Ft. Lauderdale, Florida 33301
Email: mhiraldo@hiraldolaw.com
Telephone: 954.400.4713

**THE LAW OFFICES OF JIBRAEL S. HINDI**
Jibrael S. Hindi, Esq.
Florida Bar No. 118259
110 SE 6th Street
Suite 1744
Ft. Lauderdale, Florida 33301